No. 95-5097. MULLGRAV *v.* MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95-5098. JAE *v.* CREESE. C. A. 3d Cir. Certiorari denied.

No. 95-5099. THOMPSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95-5100. FRYAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95-5101. FAZZINI *v.* UNITED STATES DEPARTMENT OF JUSTICE. C. A. 7th Cir. Certiorari denied.

No. 95-5102. FAZZINI *v.* GUZIK ET AL. C. A. 6th Cir. Certiorari denied.

No. 95-5103. GILCHRIST *v.* HOLT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95-5104. HEADLEY *v.* TILGHMAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 95-5105. BARRAGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95-5106. RHODES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95-5108. GOCKLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95-5109. HARDY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95-5110. GORMAN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95-5111. THOMAS *v.* THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95-5112. MALONE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95-5113. MORTIMER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.